# EXHIBIT A

102.00 cash.

STATE OF INDIANA ) IN THE SMALL CLAIMS COURT OF
) SS: **FILED**
COUNTY OF MARION ) Pike Township
Justin Latimore                    OCT 0 6 2020    5665 Lafayette Rd, Ste. B
5940 Sycamore Ferye Lane   Pike Township of Marion   Indianapolis, In 46254
Indianapolis, Indiana 46254   County Sm. Claims Ct.
Plaintiff (name, address)                              Phone: 317-293-1842
Phone # 317-678-0297                                   Fax: 317-290-8319

49K05- 2010 -SC- 01445
Cause No. 49K05-_____

vs. Credence Resource Management, LLC

Corporation Service Company                **NOTICE OF CLAIM**

135 N. Pennsylvania Street, Suite 1610     Select type of service requested:
Defendant (name, address) Indianapolis, Indiana 46204   ☐ Personal by Constable
Phone # 866-407-4251                                    ☒ Certified mail

The Plaintiff complains of the Defendant and says that the Defendant is indebted to the Plaintiff in the sum of $ 3,102.00 because: defendant violated the FDCPA (section 806, 809 and 809(6)), ($2000) defamation of character ($500), financial injury ($500) + all court costs/fees ($102). Immediate removal of Derogatory debt from all 3 credit bureaus: TransUnion, Equifax & Experian.
(Attach document(s) that support the above statement.)

And demands judgment, court costs, and all other proper relief.

10/6/20                                    _____
Date                                       Signature of Attorney or Pro Se Party

-----

TO ANY CONSTABLE OF THIS TOWNSHIP: You are hereby commanded to summon the above defendant(s) to appear before me in court on  11-18-20  at  9:30  o'clock  A .M. to answer the Plaintiff in a trial on the above claim and to make due return of this Notice of Claim.

OCT 0 6 2020
Date                                       [SEAL: PIKE TOWNSHIP OF MARION COUNTY SMALL CLAIMS COURT]

-----

CONSTABLE'S RETURN OF SERVICE OF NOTICE OF CLAIM

I certify                                      the Defendant.
☐                                              defendant; OR
☐                                              ding therein, namely _____.

Defendant, by First Class Mail, to the address if different from below: _____.

**U.S. Postal Service™ CERTIFIED MAIL® RECEIPT**
Domestic Mail Only
For delivery information, visit our website at www.usps.com®
OFFICIAL USE
Certified Mail Fee $
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)     $
☐ Return Receipt (electronic)    $         Postmark Here
☐ Certified Mail Restricted Delivery $       1445
☐ Adult Signature Required      $
☐ Adult Signature Restricted Delivery $
Postage $
Credence Resource Management LLC
Total Postage and Fees
$ C/O Res Agnt Corp. Ser. Co.
Sent To 135 N. Pennsylvania St
Street and Apt. No., or PO Box No.  Ste 1610
City, State, ZIP+4 Indpls Ind 46204
PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

Constable

Form SC

Important Information Concerning this Claim

1. The nature of the Plaintiff's claim and demand is stated above.
2. Both the Plaintiff and the Defendant may represent themselves individually or seek the representation of an attorney. For more information about small claims, please see the Court office or go to http://www.smallclaims.indy.gov.
3. Please bring all documents in your possession or any witnesses concerning this claim on your court date.
4. If the Defendant does not wish to dispute the claim of the Plaintiff he/she may appear to agree to a judgment and for the purpose of allowing the Court to establish a method by which the judgment shall be paid.
5. A default judgment may be entered against the Defendant if he/she fails to appear for the first hearing or the trial, and if the Plaintiff fails to appear, the case will be dismissed.
6. If a party cannot appear or cannot be prepared at the time and place set for the trial, he/she shall write the Court at the address listed on the Claim and request a continuance to set the trial for a future date.
7. The filing of a civil claim constitutes a waiver of trial by jury by Plaintiff. The Defendant waives a trial by jury unless he/she requests a jury trial within ten (10) calendar days after receipt of the Notice of Claim, in accordance with LR49-TP38-303. Once a request for trial by jury is granted, a transfer fee for transfer to the Superior Court must be paid within ten (10) calendar days. If the fee is not paid, waiver of jury trial occurs. Once a request is made it cannot be withdrawn without the consent of the other party.
8. Claims between a landlord and tenant shall be filed in the township where the real estate is located.
9. The Defendant may request a change of venue in this matter within ten (10) days of service of the summons.